UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 10-169 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Justin Lussier, | |
| Defendant. | |

_____

This matter is before the Court upon the Defendant's Motion to Continue the Jury Trial Date (Doc. No. 91) and Motion to Exclude Time Under the Speedy Trial Act (Doc. No. 92), to exclude the time from December 6, 2010 through April 6, 2011, from the Speedy Trial Act computations in this case.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the Defendant in a speedy trial.

Accordingly, **IT IS ORDERED** that the Motions to Continue the Jury Trial Date and Exclude Time Under the Speedy Trial Act (Doc. Nos. 91 and 92) are **GRANTED** and the period from December 6, 2010, through April 6, 2011, shall be excluded from the Speedy Trial Act computations in this case.

Dated:  February 23, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge