UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 10-169(2)RHK/JSM

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
        v.                     )      **ORDER**
                               )
JUSTIN JAMES LUSSIER,          )
                               )
            Defendant.         )


The motion of the United States to dismiss the indictment is hereby GRANTED.


Dated: 3/29/11            s/Richard H. Kyle
                         RICHARD H. KYLE
                         UNITED STATES DISTRICT JUDGE